UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/2022
```

NILOUFER BASSA,

                Plaintiff,

-against-

1ST STOP STAFFING AGENCY, LLC and OAK BEVERAGES, INC.,

                Defendants.

1:21-cv-11193 (MKV)

ORDER ADJOURNING INITIAL PRETRIAL CONFERENCE

MARY KAY VYSKOCIL, United States District Judge:

      By standing order of the Chief Judge, this matter has been automatically referred to mediation. [ECF No. 17]. Accordingly, the Initial Pre-Trial Conference set for April 20, 2022 is adjourned *sine die*. Within three business days of any mediation, the Parties shall file a status letter regarding the status but not substance of the discussions. Following mediation, the Court will re-calendar the Initial Pre-Trial Conference.

**SO ORDERED.**

Date: April 8, 2022
New York, NY

                                              **MARY KAY VYSKOCIL**
                                              **United States District Judge**